UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **KERRY MAX COOK,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CAUSE NO. 6:17-cv-333** |
| | § | |
| **CITY OF TYLER,** *et al.*, | § | |
| *Defendants.* | § | |

## DEFENDANT MCLEROY'S NOTICE OF APPEARANCE AS COUNSEL

Defendant, Marvin McLeroy, files this Notice of Appearance of Assistant Attorney General, Christopher Lee Lindsey as Counsel in this matter. Assistant Attorney General, Kelsey Warren shall remain as Co-Counsel. Please notify Assistant Attorney General Christopher Lee Lindsey of all future matters regarding this action.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**LACEY E. MASE**
Chief, Law Enforcement Defense Division

*/s/ CHRISTOPHER LEE LINDSEY*
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General
Attorney-In-Charge
Texas State Bar No. 24065628
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 (Phone No.)
(512) 370-9314 (Fax No.)
christopher.lindsey@oag.texas.gov
**\*Attorney to be noticed**

*/s/ KELSEY L. WARREN*
**KELSEY L. WARREN**
Assistant Attorney General
Co-Counsel
Texas State Bar No. 24095736
Law Enforcement Defense Division
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9373
kelsey.warren@oag.texas.gov
**\*Attorney to be noticed**

**ATTORNEYS FOR DEFENDANT MCLEROY**

## NOTICE OF ELECTRONIC FILING

I, **CHRISTOPHER LEE LINSEY**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing a true and correct copy of the foregoing in accordance with the Electronic Case Files system of the Eastern District of Texas, on August 29, 2017.

*/s/ CHRISTOPHER LEE LINDSEY*
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General

## **CERTIFICATE OF SERVICE**

I, **CHRISTOPHER LEE LINDSEY**, Assistant Attorney General, do hereby certify that a true and correct copy of the foregoing has been served on all parties by email and by the Court's electronic noticing system, on August 29, 2017.

*/s/ CHRISTOPHER LEE LINDSEY*
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General