IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| KERRY MAX COOK | § | |
|    *Plaintiff* | § | |
| | § | |
| v. | § | NO. 6:17cv00333-RWS |
| | § | JUDGE SCHROEDER |
| CITY OF TYLER, TEXAS, ET AL. | § | |
|    *Defendants* | § | |

## WITHDRAWAL OF NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL FOR DEFENDANTS CITY OF TYLER ET AL.

David E. Dobbs and Dobbs & Tittle, P.C., hereby withdraw as counsel for Defendants, City of Tyler, Texas, Eddie Clark, Eric Liptak, Robert Bond, Gerald Hayden, Nelson Downing, Fred Mayo, Kenneth Findley, Ronald Scott, and Jimmy Toler, Chief of Police for the City of Tyler, and withdraw their Notice of Appearance filed on August 3, 2017 (Doc. No. 24).

Respectfully submitted,

DOBBS & TITTLE, P.C.
3311 Woods Blvd.
Tyler, Texas 75707-1657
(903) 595-1160
(903) 595-1999 (Facsimile)
ddobbs@davidedobbs.com

     */s/ David E. Dobbs*
By:_____
    David E. Dobbs
    State Bar No. 05913700

-1-

## **CERTIFICATE OF SERVICE**

The foregoing document was filed and served electronically in compliance with Local Rule CV-5(a) via the Court's CM/ECF system on August 30, 2017.

*/s/ David E. Dobbs*
_____