IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| KERRY MAX COOK, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO.  6:17-CV-00333-RWS |
| v. | § § § | |
| CITY OF TYLER, TEXAS,   SMITH COUNTY, TEXAS, EDDIE CLARK, ERIC LIPTAK, DOUGLAS COLLARD, ROBERT BOND, GERALD HAYDEN, NELSON DOWNING, FRED MAYO, KENNETH FINDLEY, RONALD SCOTT, RONNIE MALLOCH, MARVIN T. MCLEROY, STUART DOWELL, ROBERT WICKHAM, JAKE MASSEY, J.B. SMITH, GENE CARLSON, JIMMY TOLER, LARRY SMITH,   UNKNOWN TYLER POLICE OFFICERS, UNKNOWN SMITH COUNTY SHERIFF'S DEPUTIES, | § § § § § | |
| Defendants. | | |

## <u>ORDER</u>

Pursuant to the parties' agreed Notice of Stipulation of Dismissal as to Defendants Larry

Smith and Jimmy Toler, in their Official Capacities (Docket No. 57), Defendant Larry Smith and

Defendant Jimmy Toler are hereby **DISMISSED WITHOUT PREJUDICE** from this action,

with each party to bear its own attorneys' fees and costs.

Any relief not previously granted is hereby denied.

**SIGNED this 9th day of November, 2017.**

_Robert W Schroeder III_

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE