## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| KERRY MAX COOK, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO.  6:17-CV-00333-JDK |
| v. | § § | |
| CITY OF TYLER, TEXAS, SMITH COUNTY, TEXAS, EDDIE CLARK, ERIC LIPTAK, DOUGLAS COLLARD, ROBERT BOND, GERALD HAYDEN, NELSON DOWNING, FRED MAYO, KENNETH FINDLEY, RONALD SCOTT, RONNIE MALLOCH, MARVIN T. MCLEROY, STUART DOWELL, ROBERT WICKHAM, JAKE MASSEY, J.B. SMITH, GENE CARLSON, UNKNOWN TYLER POLICE OFFICERS, UNKNOWN SMITH COUNTY SHERIFF'S DEPUTIES, | § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This case has been transferred to this Court.  To facilitate case management, the Court hereby sets this case for a telephonic status conference on **February 8, 2019, at 1:30 p.m**.  Teleconference call-in information is provided as follows:

**ATT Toll-Free Conference Number: 1-877-336-1839**

**Access Code: 3005141, followed by #**

Participants are directed to call this number at 1:25 p.m. and await further instructions from the Court.

Lead counsel for each party, or alternatively, counsel with authority to bind their respective clients and lead counsel, and all unrepresented parties, shall be present on the line. The parties are directed to confer and be prepared to report to the Court regarding the following at the status conference:

1. Status of Defendants' Motion to Dismiss Plaintiff's Complaint, filed on November 15, 2018 (Docket No. 91), including the status of the review in the Texas Court of Criminal Appeals;

2. Pending or anticipated motions requiring Court involvement prior to trial; and

3. Anything else that should be considered for scheduling purposes.

This status conference shall also serve as the Rule 16 pretrial conference if one has not been held in this case prior to transfer.

So **ORDERED** and **SIGNED** this **4th** day of **February, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE