# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| KERRY MAX COOK, § § § Plaintiff, § § v. § Case No. 6:17-CV-333-JDK § CITY OF TYLER, TEXAS, ET AL, § § Defendants. § | |

## FINAL JUDGMENT

The Court having considered the Plaintiff's case and rendered its decision by opinion issued February 13, 2019, it is hereby **ORDERED** that the Plaintiff's claims are **DISMISSED** with prejudice to their being asserted again until the *Heck v. Humphrey*, 512 U.S. 477 (1986), conditions are met.

So **ORDERED** and **SIGNED** this **18th** day of **February, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE