AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Kerry Max Cook | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:17-cv--00333-JDK |
| City of Tyler, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Kerry Max Cook.

Date: 11/12/2024

/s/ Jonathan Loevy
*Attorney's signature*

Jonathan Loevy, IL Bar #6218254
*Printed name and bar number*

311 N. Aberdeen St.
3rd Floor
Chicago, IL 60607

*Address*

jon@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*