IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KERRY MAX COOK, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:17-cv-333-JDK |
| § | |
| SMITH COUNTY, TEXAS, et al., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Defendants' unopposed motion for extension of time (Docket No. 217) to file a response to Plaintiff's motion to substitute representatives for deceased defendants (Docket No. 213).  Counsel avers a four-week extension is necessary for the completion of an investigation into various probate matters.  *Id.* at 2.

The motion for extension of time (Docket No. 217) is **GRANTED**.  Accordingly, Defendants' response to the motion to substitute (Docket No. 213) is due **January 12, 2026.**

So **ORDERED** and **SIGNED** this **11th** day of **December, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE