**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **KERRY MAX COOK** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 6:17-cv-333-JDK** |
| | § | |
| **CITY OF TYLER, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING DEFENDANT CITY OF TYLER'S UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

ON THIS DAY, came on to be considered Defendant City of Tyler's Unopposed Motion to Extend Time to File Reply to Plaintiff's Response to Defendant's Motion to Dismiss. The Court, having considered the motion, finds that it should be granted.

IT IS ORDERED that Defendant City of Tyler's Unopposed Motion to Extend Time to File Reply to Plaintiff's Response to Defendant's Motion to Dismiss is **GRANTED**. Defendant's deadline to file its Reply to Plaintiff's Response to Defendant's Motion to Dismiss is October 27, 2026.